# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| In Re: ) | Case Number 10-20638-TLM |
| BRENDA C. DEVORAK, ) | |
| ) | Chapter 7 |
| Debtor(s) ) | |
| _____ ) | |

## ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's application for waiver of the chapter 7 filing fee, the Court Orders that the application be DENIED.

The debtor shall pay the chapter 7 filing fee according to the following terms:

$   75.00   on or before   June 15, 2010

$   75.00   on or before   July 15, 2010

$   75.00   on or before   Aug. 16, 2010

$   74.00   on or before   Sept. 15, 2010

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CHAPTER 7 CASE.

DATED:  May 26, 2010



TERRY L. MYERS
CHIEF U. S. BANKRUPTCY JUDGE