UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| IN RE ) <br> ) <br> BRENDA C. DEVORAK, ) <br> ) <br> Debtor. ) <br> _____ ) | Case No. 10-20638-TLM <br><br> Chapter 7 |

### ORDER
_____

On May 26, 2010, the Court entered an Order denying Debtor's application to waive the chapter 7 filing fee and ordered Debtor to pay the fee in installments. *See* Doc. No. 12. On June 11, 2010, Debtor filed an amended application to waive the chapter 7 filing fee alleging she had been laid off since filing and is currently unemployed. The Court views Debtor's amended application as a request to waive the filing fee and a motion to vacate the Court's prior installment order.

Upon review of the record and Debtor's amended request, the Court notes that Debtor's schedules show she is married, but information regarding her non-debtor spouse's income or possible expenses was not provided. In order to evaluate Debtor's amended application, Debtor is Ordered to provide information regarding her non-debtor spouse's income and expenses within ten (10) days of the date of this Order. Failure to provide the required information may result in

ORDER - 1

this Court denying Debtor's amended application for waiver of the chapter 7 filing fee.

DATED: June 15, 2010

TERRY L. MYERS
CHIEF U. S. BANKRUPTCY JUDGE

ORDER - 2